**FILED**

February 14, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ pg
                                  DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

MWK RECRUITING, INC.,

    Plaintiff

v.

EVAN P. JOWERS,

    Defendants.

**Civil Action No. 1:18-CV-444-RP**

## NOTICE OF APPEAL

Pursuant to Rules 3 and Rule 4(b) of the Federal Rules of Appellate Procedure and 28 U.S. Code § 1292(a)(2), Defendant Evan P. Jowers hereby appeals to the United States Court of Appeals for the Fifth Circuit (1) the Order (Doc. 427), (2) the Order (Doc. 428), and any other such orders, conclusions of law, and findings that were merged into such orders issued by United States District Court Judge Robert Pitman.

Dated: February 14, 2024           Respectfully submitted,

                                 By: */s/Evan Jowers*

## CERTIFICATE OF COMPLIANCE

To the extent that artificial intelligence has been used to help draft this notice, but all citations and legal analysis, have been reviewed by a human. *See* Notice of Proposed Amendment to 5th Cir. R. 32.3.

## CERTIFICATE OF SERVICE

I hereby certify that, on February 14, 2024, a true and accurate copy of the foregoing document was served via the Court's drop box, return receipt requested to all counsel of record.

                              */s/Evan Jowers*_____
                              Evan Jowers