No. 24 - 50117

_____

On Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-444

_____

MWK Recruiting Incorporated; Counsel Holdings, Incorporated,
Plaintiffs - Appellees

v.

Evan P. Jowers,
Defendant–Appellant.

_____

**BANKRUPTCY STATUS REPORT**

Appellant's bankruptcy proceedings are ongoing in the United States Bankruptcy Court in the Southern District of Florida, In Re: Evan Phillip Jowers, No. 24-13584. Counsel Holdings has filed an adversarial claim against Mr. Jowers argues that the underlying civil judgement at issue in this Court in the Western District of Texas (No. 1:18-CV-444) was actually for embezzlement and fraud, which if true would cause the judgement to not be dischargeable in the Chapter 11 bankruptcy. It's expected that the litigation on this adversarial claim by Counsel Holdings will take several months at minimum, and may include a trial. The next hearing is scheduled for December 23.

Respectfully submitted,

/s/ Evan P. Jowers
Pro Se
4 17th Ave S
Lake Worth Beach, FL 33467
Tel: (917) 292 8657
evan@jowersvargas.com

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 31, I hereby certify that on this 16th day of December, 2024, the foregoing bankruptcy status report was served upon opposing counsel via email.

/s/ Evan Jowers
Evan Jowers

Dated: December 16, 2024.