No. 24 - 50117

On Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-444

_____

MWK Recruiting Incorporated; Counsel Holdings, Incorporated,
Plaintiffs - Appellees

v.

Evan P. Jowers,
Defendant–Appellant.
_____

**BANKRUPTCY STATUS REPORT**

Appellant's bankruptcy proceedings are ongoing in the United States Bankruptcy Court in the Southern District of Florida, In Re: Evan Phillip Jowers, No. 24-13584. Counsel Holdings has filed an adversarial claim against Mr. Jowers argues that the underlying civil judgement at issue in this Court in the Western District of Texas (No. 1:18-CV-444) was actually for embezzlement and fraud, which if true would cause the judgement to not be dischargeable in the Chapter 11 bankruptcy. It's expected that the litigation on this adversarial claim by Counsel Holdings will take many months, and will include a trial. The pre-trial conference is set for June, 2025. Discovery is ongoing at present.

Further, on January 28, there was a hearing in the bankruptcy court with the Honorable Judge Mora. This hearing was to determine whether Mr. Jowers'

counterclaim under the FCCPA, regarding communications Mr. Kinney sent to threaten and intimidate Mr. Jowers' 79 year old mother - cancer survivor with a known heart condition - and Mr. Jowers' wife as follows:

On or about September 22, 2022, at 5:14 p.m. Mr. Kinney sent the following communication to Mr. Jowers' attorney to collect the judgment:

*Kevin, I realize I may be sounding too nice here. We just offered a reasonable settlement and Evan's response was to go buy a $90K car and brag about it on Facebook. I guess I should express my intentions more clearly.* **Let Evan know** *that this and a lot of the other stuff I know he is doing right now to flush cash qualifies as fraudulent transfers. I'm going to subpoena all his records, including his email and phone, which you won't be able to stop me from getting.* **I will find out what all those transfers are, and as far as the car goes, I'm going to have the sheriff take that car away from his mom while she is watching with someone there to videotape the scene and then I'm going to put it on Youtube and send it to all to see that I did it. I'm coming after his wife's mink coat that he spent $20K on, his bank accounts, everything. I'm not going to get played by this joker any more. He needs to pay up. I will literally spend the rest of my life or his coming after his business.** *When he runs to a foreign country, I'll get the court to let me force placement fees he might have any connection to into the registry of the court to be sorted out later.* **I'll take his trademarks, I'll take his website, and I'll take his**

*used dental floss. Running from this problem is NOT going to work. Please do your best to get this across. Many thanks.*

Robert E. Kinney, Esq. Attorney at Law

Mobile: +1-512-636-1395

The Court dismissed Mr. Jowers counterclaim without prejudice, for technical reasons, and with leave to amend the counterclaim and refile.

                              Respectfully submitted,

                              /s/ Evan P. Jowers
                              Pro Se
                              4 17th Ave S
                              Lake Worth Beach, FL 33467
                              Tel: (917) 292 8657
                              evan@jowersvargas.com

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 31, I hereby certify that on this 30th day of January, 2025, the foregoing bankruptcy status report was served upon opposing counsel via email.

                              /s/ Evan Jowers
                              Evan Jowers

Dated: January 30, 2025.