No. 24 - 50117

---

On Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-444

---

MWK Recruiting Incorporated; Counsel Holdings, Incorporated,
Plaintiffs - Appellees

v.

Evan P. Jowers,
Defendant–Appellant.

---

## BANKRUPTCY STATUS REPORT

Appellant's bankruptcy proceedings are ongoing in the United States Bankruptcy Court in the Southern District of Florida, In Re: Evan Phillip Jowers, No. 24-13584.

However, Counsel Holdings and Mr. Jowers have agreed to a global settlement of all litigation, as as result of a successful judicially sanctioned settlement conference led by the retired Chief Judge of the United States Bankruptcy Court in the Southern District of Florida, the Honorable Judge Heyman.

The two parties have signed the settlement agreement. It will soon be filed with the Court and it is expected that the Honorable Judge Mora will approve the settlement agreement.

Once the settlement agreement is formally approved the Court, then Mr. Jowers will, per the terms of the agreement, voluntarily withdraw / dismiss his two ongoing appeals in this case with the 5th Circuit. We are likely a couple of months away from this happening.

Respectfully submitted,

/s/ Evan P. Jowers
Pro Se
4 17th Ave S
Lake Worth Beach, FL 33467
Tel: (917) 292 8657
ejowers@laterallink.com

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 31, I hereby certify that on this 11th day of August, 2025, the foregoing bankruptcy status report was served upon opposing counsel via email.

/s/ Evan Jowers
Evan Jowers

Dated: August 11, 2025