No. 24 - 50117
_____

On Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-444
_____

MWK Recruiting Incorporated; Counsel Holdings, Incorporated,
Plaintiffs - Appellees

v.

Evan P. Jowers,
Defendant–Appellant.
_____

**BANKRUPTCY STATUS REPORT**

Appellant's bankruptcy proceedings are ongoing in the United States Bankruptcy Court in the Southern District of Florida, In Re: Evan Phillip Jowers, No. 24-13584.

However, Counsel Holdings and Mr. Jowers have agreed to a global settlement of all litigation, as as result of a successful judicially sanctioned settlement conference led by the retired Chief Judge of the United States Bankruptcy Court in the Southern District of Florida, the Honorable Judge Heyman. The two parties have signed the settlement agreement. It will soon be filed with the Court and it is expected that the Honorable Judge Mora will approve the settlement agreement. Judge Mora has put on hold all proceedings in Mr.

Jowers' chapter 11 bankruptcy, due to the settlement and planned ending / dismissal of Mr. Jowers bankruptcy.

The settlement agreement has not yet been filed with the Bankruptcy Court, due to Counsel Holdings seeking also a settlement agreement with third parties. Those third parties have recently agreed to a global settlement with Counsel Holdings and it's expected that both settlement agreements will be filed with the Bankruptcy Court within the next week or two.

Once the settlement agreements are formally approved the Court, then Mr. Jowers will, per the terms of the agreement, voluntarily withdraw / dismiss his two ongoing appeals in this case with the 5th Circuit. We are likely a couple of months away from this happening.

        Respectfully submitted,

        /s/ Evan P. Jowers
        Pro Se
        4 17th Ave S
        Lake Worth Beach, FL 33467
        Tel: (917) 292 8657
        ejowers@laterallink.com

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Appellate Procedure 31, I hereby certify that on this 25th day of September, 2025, the foregoing bankruptcy status report was served upon opposing counsel via email.

/s/ Evan Jowers
Evan Jowers

Dated: September 25, 2025