No. 24 - 50117

**IN THE UNITED STATES COURT OF APPEALS FOR
THE FIFTH CIRCUIT**

_____

On Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-444

_____

MWK RECRUITING INCORPORATED; COUNSEL HOLDINGS,
INCORPORATED

Plaintiff–Appellee,

v.

EVAN JOWERS,
Defendant–Appellant.

_____

**APPELLANT'S MOTION TO DISMISS PURSUANT TO FEDERAL
RULE <u>OF APPELLATE PROCEDURE 42(b)</u>**

Due to a global settlement agreed to by both parties, appellant hereby moves, pursuant to Federal Rule of Appellate Procedure 42(b), to voluntarily dismiss this appeal, with each party to bear its own costs. This motion is unopposed.

                                                              Respectfully submitted,

                                                              <u>/s/ Evan P. Jowers</u>
                                                              *Pro Se*
                                                              4 17th Ave S.
                                                              Lake Worth FL 33467
                                                              Tel: (917) 292-8657
                                                                ejowers@laterallink.com

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Appellate Procedure 31, I hereby certify that on this eighteenth day of December, 2025, the foregoing motion was served upon opposing counsel and all others registered for service in this case via the Court's Pro Se filing system and email.

/s/ Evan P. Jowers
Evan P. Jowers